UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELDER HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPACT GROUP, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:21-cv-03075-JAK-JDE<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION (DKT. 22)**<br><br>JS-6 |

Based on a review of the parties' Stipulation to Remand Removed Action (the "Stipulation" (Dkt. 22)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-captioned civil action is remanded to the Los Angeles Superior Court, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August  5 , 2021

_____
John A. Kronstadt
United States District Judge